**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                                      NOT FOR CITATION

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   DONNELL YOUNG,                        )        No. C 11-02033 JF (PR)
                                           )
13                  Plaintiff,             )        ORDER OF DISMISSAL
                                           )
14        vs.                              )
                                           )
15                                         )
                                           )
16   COUNTY OF CONTRA COSTA, et            )
     al.,                                  )
                                           )
17                  Defendants.            )
                                           )
18

19        On April 26, 2011, Plaintiff, a state prisoner, filed a complaint under 42

20   U.S.C. § 1983.  On the same day, the Clerk of the Court sent Plaintiff a notice that

21   his complaint was deficient because Plaintiff failed to pay the filing fee or file an In

22   Forma Pauperis Application.  (Docket No. 2.)  The notification included the warning

23   that the case would be dismissed if Plaintiff failed to respond within thirty days.

24   (Id.)  The deadline has since passed, and Plaintiff has failed to comply. Accordingly,

25   this case is DISMISSED without prejudice for failure to pay the filing fee.

26        IT IS SO ORDERED.

27   DATED: _____6/16/11_____                    _____
                                                 JEREMY FOGEL
28                                               United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.11\02033Young_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DONNELL YOUNG,

    Plaintiff,

 v.

CONTRA COSTA COUNTY, et al.,

    Defendants.

             /

Case Number: CV11-02033 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  7/21/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Donnell Young #2001005363
Martinez Detention Facility
901 Court Street
Martinez, CA 94553


Dated:  7/21/11

          Richard W. Wieking, Clerk